**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Kevin R. RENTFRO,
Defendant/Appellant.**

**No. ED 79694.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 21, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 5, 2002.

Application for Transfer Denied
Sept. 24, 2002.

Michael A. Gross, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Kevin R. Rentfro (Appellant) appeals from the trial court's judgment entered upon a jury verdict finding him guilty of second-degree murder and armed criminal action. We have reviewed the briefs of the parties and the record on appeal and find that the trial court did not abuse its discretion. An extended opinion would have no precedential value. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).